# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Natalie Moye,<br><br>　　　　Plaintiff,<br>v.<br><br>Halsted Financial Services LLC,<br><br>　　　　Defendant. | Case No.: 2:14-cv-01339-JAD-VCF<br><br>**Order Granting Plaintiff's Motion for Default Judgment**<br><br>Honorable Jennifer A. Dorsey<br><br>ECF No. 12 |

　　　　Presently before this Court is Plaintiff Natalie Moye's ("Plaintiff") Motion For Default Judgment against Defendant Halsted Financial Services LLC ("Defendant"). The Court, having considered Plaintiff's motion, the accompanying memorandum of points and authorities, the Declaration Michael Kind, Esq, Plaintiff's affidavit, the papers and pleadings on file in this case, as well as exhibits attached thereto, and for good cause shown,

　　　　IT IS ORDERED that Plaintiff's Motion For Default Judgment is GRANTED. **ECF No. 12**

　　　　THE COURT FINDS that Defendant was personally served with the Summons and Complaint in this action but has failed to appear and answer the Complaint within the period prescribed by law, that the default of Defendant was duly entered by the Clerk of this Court on June 25, 2015, and that Plaintiff is entitled to relief against Defendant. Based upon the foregoing findings, and good cause appearing,

　　　　IT IS ORDERED that Plaintiff be awarded judgment against Defendant on Plaintiff's Complaint, as follows:

    a.    Statutory damages for violations of 15 U.S.C. § 1692, *et seq.* in the amount of $1,000.00;

    b.    Attorneys' fees and costs in the amount of $1,400.00; and

    c.    Post-judgment interest on the principal sum at the judgment rate from the date of entry of this Judgment until paid in full.

IT IS FURTHER ORDERED that the plaintiff has satisfied her obligations under the order to show cause [ECF No. 10], and the order is discharged.

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
12/2/16