AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Natalie Moye

Plaintiff,

v.

Halsted Financial Services LLC

Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01339-JAD-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Natalie Moye and against Defendant Halsted Financial Services LLC as follows:

Statutory damages in the amount of $1,000.00;

Attorneys' fees and costs in the amount of $1,400.00; and

Post-judgment interest on the principal sum at the judgment rate from the date of entry of this Judgment until paid in full.

December 2, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ S. Denson

(By) Deputy Clerk